UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN TABOR,

                            PLAINTIFF,

          -AGAINST-                              **NOTICE OF MOTION TO FILE AN AMENDED COMPLAINT**

                                                                          11- CV-0195 (FB)(CLP)

NEW YORK CITY, DETECTIVE JAMES ROPENUS, DETECTIVE MCLAUGHLIN, POLICE OFFICER SINGLETARY, ASSISTANT DISTRICT ATTORNEY KEISHA ESPINAL, ASSISTANT DISTRICT ATTORNEY LAUREN PARSONS, ASSISTANT DISTRICT ATTORNEY KENNETH APPLEBAUM, ASSISTANT DISTRICT ATTORNEY MARJORIE FISHER, DISTRICT ATTORNEY RICHARD BROWN, AND POLICE COMMISSIONER RAYMOND KELLY, IN THEIR INDIVIDUAL AND PROFESSIONAL CAPACITIES.

                          DEFENDANTS.
-----------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed Declaration of Duncan Peterson and accompanying exhibits, and the supporting Memorandum of Law dated August 18, 2011, Plaintiff John Tabor will move this Court, before the Honorable Pollak at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York, for an order pursuant to Rule 15 (a) (2) of the Federal Rules of Procedure, granting

Plaintiff permission to amend the Complaint by adding two defendants, ADA Schindhelm and Police Officer Picone, together with such other relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Honorable Pollak's individual rules, opposition papers, if any, are due on or before September 2, 2011.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Honorable Pollak's individual rules, reply papers, if any, are due on or before September 9, 2011, and the motion will be fully briefed at that time.

Dated: New York, New York     August 18, 2011

_____
Duncan Peterson
PETERSONDELLECAVE LLP
The Woolworth Building
233 Broadway, 18th Floor
New York, New York 10279
(212) 240-9075

TO: Matthew Modaferri
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007
(212) 788-165