**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 09 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOHN TABOR,

          Plaintiff,

    -against-

NEW YORK CITY, DETECTIVE JAMES
ROPENUS, DETECTIVE MCLAUGHLIN,
POLICE OFFICER SINGLETARY,
KEISHA ESPINAL, LAUREN PARSONS,
KENNETH APPLEBAUM, MARJORIE
FISHER, RICHARD BROWN, and
POLICE COMMISSIONER RAYMOND
KELLY,

          Defendants.
------------------------------------------------------X

JUDGMENT
11-CV- 0195 (FB)

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on September 6, 2013, granting the motion for summary judgment in all respects; and directing the Clerk of Court to enter judgment dismissing the Complaint; it is

      ORDERED and ADJUDGED that the motion for summary judgment is granted; and that judgment is hereby entered dismissing the complaint.

Dated: Brooklyn, New York
       September 06, 2013

                                   Douglas C. Palmer
                                   Clerk of Court

                         by:   */s/ Janet Hamilton*
                             Deputy Clerk